UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| United States Fire Insurance Company, <br><br> Plaintiff, <br><br> v. <br><br> Norris Bros. Excavating, LLC, Norris Bros. Properties, LLC, Jacob Norris, and Justin Norris, <br><br> Defendants. | Case No. 2:22-CV-00028 <br><br> Chief Judge Waverly D. Crenshaw, Jr. <br> Magistrate Judge Alistair E. Newbern |

## NOTICE OF SETTLEMENT

Plaintiff United States Fire Insurance Company and Defendants Norris Bros. Excavating, LLC, Norris Bros. Properties, LLC, Jacob Norris, and Justin Norris (collectively, the "Parties"), by and through the undersigned counsel, hereby notify the Court that they have reached a settlement in principle of the Plaintiff's claims against the Defendants in this action. The Parties expect their settlement to be papered and finalized in thirty (30) days of this notice and respectfully request that the Pretrial Conference scheduled for tomorrow, January 5, 2024, and the jury trial scheduled to begin on Tuesday, January 16, 2024, be removed from the Court's calendar.

Respectfully submitted,

*/s/ Melissa Jane Lee*
Melissa Jane Lee (BPR # 029228)
Taylor S. Ward (BPR #037653)
MANIER & HEROD
1201 Demonbreun Street, Suite 900
Nashville, Tennessee 37203
(615) 244-0030
(615) 242-4203 (facsimile)
mlee@manierherod.com

1

tward@manierherod.com
*Attorneys for U.S. Fire Insurance Company*

*/s/ Michael G. Abelow (by MJL w/permission)*
Michael G. Abelow (No. 26710)
SHERRARD, ROE, VOIGT & HARBISON PLC
150 Third Avenue South, Suite 1100
Nashville, Tennessee 37201
(615) 742-4200
(615) 742-4539 (fax)
mabelow@srvhlaw.com
*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of January, 2024, a copy of the foregoing was filed via the Court's ECF system, sending notice to the following:

Michael G. Abelow
SHERRARD, ROE, VOIGT & HARBISON PLC
150 Third Ave. South, Ste. 1100
Nashville, TN 37201
P: (615) 742-4200
F: (615) 742-4539
mabelow@srvhlaw.com

*Counsel for the Defendants*

/s/ Melissa Jane Lee

2