UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN  DIVISION

| | |
|---|---|
| United States Fire Insurance Company, | |
| Plaintiff, | Case No. 2:22-CV-00028 |
| v. | |
| Norris Bros. Excavating, LLC, Norris Bros. Properties, LLC, Jacob Norris, and Justin Norris, | |
| Defendants. | |

## **AGREED ORDER**

It  appearing  before  the  Court,  that  all  claims  raised  in  this  matter  by  and  between Plaintiff United State Fire Insurance Company and Defendants Norris Bros. Excavating, LLC, Norris Bros. Properties, LLC, Jacob Norris, and Justin Norris have been compromised and settled.  Accordingly, all claims raised by the parties are **DISMISSED WITH PREJUDICE.** By agreement all costs taxed to the Plaintiffs.  The Clerk is directed to close this case.


IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE